UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re: **GRAND JURY PROCEEDINGS**
**DECEMBER 4, 2025**

Misc. No. 2:25 ms 17
Grand Jury No. 25-2

## ORDER

On December 4, 2025, the grand jury was presented with an indictment proposing federal felony charges. After review, the grand jury failed to concur in issuing the proposed indictment and returned a no true bill. To maintain a record of these proceedings, the Clerk is **DIRECTED** to assign a miscellaneous number to this matter and **IMPOUND** the proposed indictment. The Clerk is further **DIRECTED** to maintain the proposed indictment under this miscellaneous number and the record of the grand jurors concurring in the proposed indictment **UNDER SEAL** as a grand jury matter, unless otherwise ordered by the Court.

IT IS SO ORDERED.

/s/ RJK
Robert J. Krask
United States Magistrate Judge
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
December 5, 2025